**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DELGADO, ALMA                                                    § Case No. 10-75546
                                                                         §
                                                                         §
Debtor(s)                                                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $474,448.04                    Assets Exempt: $6,767.54
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,877.20        Claims Discharged
                                                  Without Payment: $10,047.71

Total Expenses of Administration: $3,537.99

---

   3) Total gross receipts of $    6,415.19    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $6,415.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $516,728.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,303.49 | 3,537.99 | 3,537.99 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,942.00 | 12,924.91 | 12,924.91 | 2,877.20 |
| **TOTAL DISBURSEMENTS** | $529,670.00 | $16,228.40 | $16,462.90 | $6,415.19 |

4) This case was originally filed under Chapter 7 on November 05, 2010. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2012       By: /s/BERNARD J. NATALE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  | 1129-000 | 234.50 |
| New York Life Insurance Cleveland OH 44101 | 1129-000 | 6,180.50 |
| Interest Income | 1270-000 | 0.19 |
| **TOTAL GROSS RECEIPTS** | | **$6,415.19** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CITIMORTGAGE INC | 4110-000 | 16,777.00 | N/A | N/A | 0.00 |
| NOTFILED | CMS | 4110-000 | 95,951.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC | 4110-000 | 404,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$516,728.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 20.17 | 20.17 | 20.17 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,875.00 | 1,875.00 | 1,875.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,368.07 | 1,368.07 | 1,368.07 |
| Alma Delgado | 2990-002 | N/A | 0.00 | 234.50 | 234.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 4.61 | 4.61 | 4.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 10.64 | 10.64 | 10.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,303.49 | 3,537.99 | 3,537.99 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 13.00 | 13.21 | 13.21 | 2.94 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 6,202.00 | 6,306.06 | 6,306.06 | 1,403.79 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | TARGET NATIONAL BANK | 7100-000 | 6,727.00 | 6,605.64 | 6,605.64 | 1,470.47 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 12,942.00 | 12,924.91 | 12,924.91 | 2,877.20 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75546  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** DELGADO, ALMA  **Filed (f) or Converted (c):** 11/05/10 (f)
 **§341(a) Meeting Date:** 12/13/10
**Period Ending:** 01/03/12  **Claims Bar Date:** 03/23/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | condominium 639 Virginia Rooad # 118, Crystal La | 92,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | 701 Kateland Way, South Elgin IL 60177 | 369,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account PNC bank | 780.00 | 0.00 | DA | 0.00 | FA |
| 4 | Furniture 639 Virginia Road # 118 Crytal Lake Il | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing 639 Virginia Road # 118 Crystal Lake IL | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA account Fidelity Investments | 4,000.12 | 0.00 | DA | 0.00 | FA |
| 7 | Chase IRA | 1,487.42 | 0.00 | DA | 0.00 | FA |
| 8 | New York Life Insurance Cleveland OH 44101 | 6,180.50 | 6,180.50 | DA | 6,180.50 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.19 | FA |
| 9 | Assets    Totals (Excluding unknown values) | **$474,448.04** | **$6,180.50** | | **$6,180.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO COMPRMISE WITH DEBTOR PAYMENT OF NON EXEMPT CASH SURRENDER VALUE OF LIFE INSURNACE.

**Initial Projected Date Of Final Report (TFR):**   July 1, 2012     **Current Projected Date Of Final Report (TFR):**   September 26, 2011  (Actual)

Printed: 01/03/2012 11:59 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-75546  
**Case Name:** DELGADO, ALMA  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-65 - Money Market Account  

**Taxpayer ID #:** **-***8882  
**Blanket Bond:** $606,000.00 (per case limit)  
**Period Ending:** 01/03/12  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/11 | {8} | Alma Delgado | Acct #AD001; Payment #1; 1st pymt of 6 on Compromise Re: P/O of cash surrender value of insurance | 1129-000 | 515.00 | | 515.00 |
| 03/02/11 | | Alma Delgado | Acct #AD001; Payment #2, 3; Pymt on P/O of Cash Surrender Value of Life Ins | | 1,000.00 | | 1,515.00 |
| | {8} | | Acct #AD001; Payment #2; Pymt on P/O of Cash Surrender Value of Life Ins    515.00 | 1129-000 | | | 1,515.00 |
| | {8} | | Acct #AD001; Payment #3; Pymt on P/O of Cash Surrender Value of Life Ins    485.00 | 1129-000 | | | 1,515.00 |
| 03/02/11 | | Alma Delgado | Acct #AD001; Payment #3, 4, 5; Pymt on P/O of Cash Surrender of Life Insurance | | 1,000.00 | | 2,515.00 |
| | {8} | | Acct #AD001; Payment #3; Pymt on P/O of Cash Surrender of Life Insurance    30.00 | 1129-000 | | | 2,515.00 |
| | {8} | | Acct #AD001; Payment #4; Pymt on P/O of Cash Surrender of Life Insurance    515.00 | 1129-000 | | | 2,515.00 |
| | {8} | | Acct #AD001; Payment #5; Pymt on P/O of Cash Surrender of Life Insurance    455.00 | 1129-000 | | | 2,515.00 |
| 03/02/11 | | Alma Delgado | Acct #AD001; Payment #5, 6, 7; Pymt on P/O of Cash Surrender Value of Life Insurance | | 810.00 | | 3,325.00 |
| | {8} | | Acct #AD001; Payment #5; Pymt on P/O of Cash Surrender Value of Life Insurance    60.00 | 1129-000 | | | 3,325.00 |
| | {8} | | Acct #AD001; Payment #6; Pymt on P/O of Cash Surrender Value of Life Insurance    515.00 | 1129-000 | | | 3,325.00 |
| | {8} | | Acct #AD001; Payment #7; Pymt on P/O of Cash Surrender Value of Life    235.00 | 1129-000 | | | 3,325.00 |

Subtotals :    $3,325.00    $0.00

{} Asset reference(s)    Printed: 01/03/2012 11:59 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 10-75546 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | DELGADO, ALMA | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******26-65 - Money Market Account |
| **Taxpayer ID #:** | **-***8882 | | **Blanket Bond:** | $606,000.00 (per case limit) |
| **Period Ending:** | 01/03/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | Insurance | | | | |
| 03/25/11 | {8} | Alma Delgado | Acct #AD001; Payment #7; Pymt on Insurance Cash Surrender | 1129-000 | 515.00 | | 3,840.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,840.02 |
| 04/21/11 | {8} | Alma Delgado | Acct #AD001; Payment #7; Pymt Payout of Cash Surrender Value of Life | 1129-000 | 515.00 | | 4,355.02 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,355.04 |
| 05/23/11 | {8} | Alma Delgado | Acct #AD001; Payment #7; Payment on cash surrender value of life insurance | 1129-000 | 515.00 | | 4,870.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,870.07 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #10-75546, BOND #016018067 | 2300-000 | | 4.61 | 4,865.46 |
| 06/21/11 | {8} | Alma Delgado | Acct #AD001; Payment #7; Pymt on Cash Surrender Value of Life Ins | 1129-000 | 515.00 | | 5,380.46 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,380.49 |
| 07/19/11 | {8} | Alma Delgado | Acct #AD001; Payment #7 Cash Surrender Value of Life Insurance | 1129-000 | 515.00 | | 5,895.49 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,895.53 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 10.64 | 5,884.89 |
| 08/23/11 | | Alma Delgado | Pymt on Cash Surrender Value of LIfe Ins | | 515.00 | | 6,399.89 |
| | {8} | | Acct #AD001; Payment #7   280.50 | 1129-000 | | | 6,399.89 |
| | | | 234.50 | 1129-000 | | | 6,399.89 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,399.93 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,374.93 |
| 09/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 6,374.94 |
| 09/14/11 | | To Account #9200******2666 | Transfer for Final Report | 9999-000 | | 6,374.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **6,415.19** | **6,415.19** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 6,374.94 | |
| | | | **Subtotal** | | **6,415.19** | **40.25** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,415.19** | **$40.25** | |

{} Asset reference(s)   Printed: 01/03/2012 11:59 AM   V.12.57

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 10-75546  
**Case Name:** DELGADO, ALMA  
**Taxpayer ID #:** **-***8882  
**Period Ending:** 01/03/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/11 |  | From Account #9200******2665 | Transfer for Final Report | 9999-000 | 6,374.94 |  | 6,374.94 |
| 09/14/11 | 101 | Alma Delgado | Ref # REFUND OF OVERPAYMENT | 2990-002 |  | 234.50 | 6,140.44 |
| 10/26/11 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,368.07, Trustee Compensation; Reference: | 2100-000 |  | 1,368.07 | 4,772.37 |
| 10/26/11 | 103 | Chase Bank USA, N.A. | Distribution paid 22.26% on $6,306.06; Claim# 2; Filed: $6,306.06; Reference: | 7100-000 |  | 1,403.79 | 3,368.58 |
| 10/26/11 | 104 | TARGET NATIONAL BANK | Distribution paid 22.26% on $6,605.64; Claim# 3; Filed: $6,605.64; Reference: | 7100-000 |  | 1,470.47 | 1,898.11 |
| 10/26/11 | 105 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 |  | 2.94 | 1,895.17 |
| 10/26/11 | 106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP |  |  | 1,895.17 | 0.00 |
|  |  |  | Dividend paid 100.00%   1,875.00 on $1,875.00;  Claim# ATTY; Filed: $1,875.00 | 3110-000 |  |  | 0.00 |
|  |  |  | Dividend paid 100.00%   20.17 on $20.17;  Claim# EXP; Filed: $20.17 | 3120-000 |  |  | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 6,374.94 | 6,374.94 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 6,374.94 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 6,374.94 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$6,374.94** |  |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******26-65** | 6,415.19 | 40.25 | 0.00 |
| **Checking # 9200-******26-66** | 0.00 | 6,374.94 | 0.00 |
|  | $6,415.19 | $6,415.19 | $0.00 |

{} Asset reference(s)              Printed: 01/03/2012 11:59 AM  V.12.57